WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700
Benjamin Sokoly

*Attorneys for Defendant*
*Howard B. Schiller*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| STATE BOARD OF ADMINISTRATION OF FLORIDA, | : : : | Honorable Michael A. Shipp, U.S.D.J. |
| Plaintiff, | : : : | Civil Action No.: 17 CV 12808 (D.N.J.) |
| v. | : : | |
| VALEANT PHARMACEUTICALS INTERNATIONAL, INC.; J. MICHAEL PEARSON; HOWARD B. SCHILLER; ROBERT L. ROSIELLO; DEBORAH JORN; ARI S. KELLEN; and TANYA CARRO, | : : : : : : : | **SUBSTITUTION OF COUNSEL** |
| Defendants. | : | |

Please take notice of the substitution of counsel Benjamin Sokoly, who is from the law firm Winston & Strawn LLP, 200 Park Avenue, New York, New York 10166, in place and instead of James S. Richter, who is no longer with the firm, as counsel for Defendant, Howard B. Schiller.

                                                WINSTON & STRAWN LLP
                                                Substitution Counsel

                                        By:          s/ Benjamin Sokoly
                                                   Benjamin Sokoly
                                                   bsokoly@winston.com
                                                   200 Park Avenue
                                                   New York, New York 10166
                                                   (212) 294-6700
                                                   *Counsel for Defendant*
                                                   *Howard B. Schiller*

## **CERTIFICATION OF SERVICE**

    I hereby certify that on July 16, 2019, a copy of the foregoing Substitution of Counsel was electronically filed and served by ECF upon all counsel of record in this matter.

    I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

By:     <u>s/ Benjamin Sokoly</u>
        Benjamin Sokoly
        bsokoly@winston.com
        200 Park Avenue
        New York, New York 10166
        (212) 294-6700
        *Counsel for Defendant*
        *Howard B. Schiller*